UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHAPTER 13 PLAN
INDIVIDUAL ADJUSTMENT OF DEBTS

DEBTOR:   (W)  In Ja Spencer            SSN:  XXX-XX-
          (H)                           SSN:  XXX-XX

ADDRESS:       5571 Benjestown
               Memphis, TN 38127

PLAN PAYMENT:   DEBTOR(S) TO PAY   $4800   (month)

PAYROLL DEDUCTION:  Self Pay – Check Insuff.

ADMINISTRATIVE:   PAY FILING FEE, TRUSTEE=S FEE & DEBTOR=S ATTORNEY FEE PURSUANT TO COURT ORDER

                                                              PLAN PAYMENT

AUTO INSURANCE:        (x) NOT INCLUDED    ( ) INCLUDED       $
CHILD SUPPORT:         FUTURE SUPPORT TO _____              $
                       ARREARAGE AMOUNT _____               $

PRIORITY CREDITORS:    _____        $
                       _____        $

HOME MORTGAGE: IF NO ARREARAGE, ONGOING PAID DIRECTLY BY DEBTOR
  Regions (N Watkins)    ONGOING PAYMENT BEGIN    n/a        $ 0
           APPROX. ARREARAGE $ 276700    INTEREST  0  %  $ 4665

Secured Creditors: Adequate protection payment will be 1/4 (25%) of proposed creditor monthly plan payment (retain lien 11USC s1325(a)(5)
SECURED CREDITORS:    VALUE OF COLLATERAL     INTEREST    PLAN PAYMENT
_____
_____

SPECIAL CLASS UNSECURED: _____
                         _____   $_____
                         _____   $_____
UNSECURED CREDITORS: PAY   100   % AFTER ABOVE ARE PAID IN FULL OR ALL DISPOSABLE INCOME FOR TERM OF PLAN;
Estimated Total Unsecured , Non-priority debt:  $0
PLAN TERM:   Plan shall terminate upon payment of the above, approx.   60   MONTHS
Failure to file timely written objection to confirmation will be deemed acceptance of above plan
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive _____%.