**Dated: December 05, 2014**
**The following is SO ORDERED:**

_David S. Kennedy_
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                              IT536
                 UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF TENNESSEE

In re:                                        Chapter 13
IN JA SPENCER
Debtor(s)                                     Case No. 14-32201-K
SSN(1) XXX-XX-4852
_____
           ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENTS TO TRUSTEE
_____
```

In this cause, a Chapter 13 plan has been filed by the above named debtor(s) and George W. Stevenson has been appointed Trustee;

IT IS THEREFORE ORDERED AND DECREED, that you begin to pay the sum $4,800.00 MONTHLY beginning on your next payday to:

```
            George W. Stevenson
            5350 Poplar Avenue, Suite 500
            Memphis, TN  38119-3697
```

                                        /s/ George W. Stevenson
                                        Trustee

```
CC:  George W. Stevenson
GWB
     IN JA SPENCER
     5571 BENJESTOWN ROAD
     MEMPHIS, TN  38127

     COHEN AND FILA, ATTYS
```