**Dated: January 08, 2015**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                              IT507
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                            Chapter 13
IN JA SPENCER
Debtor(s)                                         Case No. 14-32201-K
SSN(1) XXX-XX-4852
```

---

ORDER DIRECTING DEBTOR TO CHANGE
PAYMENTS TO TRUSTEE

---

   In this matter, it appearing to the Court that the debtor's plan payments should be changed.

   IT IS THEREFORE ORDERED That the debtor's plan payments be changed to $5,625.00 MONTHLY     and forward same to the Chapter 13 Trustee, George W. Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, Tennessee  38119-3697.

                                          /S/ George W. Stevenson
                                          Chapter 13 Trustee

CC:   George W. Stevenson

      IN JA SPENCER
      5571 BENJESTOWN ROAD
      MEMPHIS,  TN 38127

      COHEN AND FILA, ATTYS