```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE
```

In re:                                              Chapter 13
IN JA SPENCER
Debtor(s)                                           Case No. 14-32201-K
_____
                           NOTICE OF HEARING
_____

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been filed by George W. Stevenson on January 12, 2015.

   NOTICE IS HEREBY GIVEN THAT:

   The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall be held on 2/10/2015, at 9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

   Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

                                        /S/ George W. Stevenson
                                        CHAPTER 13 TRUSTEE

_____
                           MOTION TO DISMSS
              CHAPTER 13 CASE FOR SUFFICIENT GROUNDS
_____

   Comes now your Standing 13 Trustee who would show unto the Court that pursuant to 11 U.S.C. 1307 he or she reasonably believes there are sufficient grounds to dismiss this case.

   PREMISES CONSIDERED, your Trustee prays:
   1. That the matter be set for hearing.
   2. That the case be dismissed.
   3. That the Trustee be granted such other and further relief to which he or she may be entitled.

                                        /S/ George W. Stevenson
                                        CHAPTER 13 TRUSTEE

CC:   CHAPTER 13 TRUSTEE

      IN JA SPENCER
      5571 BENJESTOWN ROAD
      MEMPHIS, TN 38127

      COHEN AND FILA, ATTYS