014-910-00

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In Re: ) | |
|    IN JA SPENCER ) | Case No. 14-32201 |
|        Debtors. ) | Chapter 13 |
| ) | |

OBJECTION TO CONFIRMATION BY REGIONS BANK
RE: 5571 BENJESTOWN ROAD, MEMPHIS, TENNESSEE

    Comes now Regions Bank ("Regions") and files this written objection to the proposed plan of the debtors. Regions is a secured creditor in this matter, having a secured interest in real property municipally known as 5571 Benjestown Road, Memphis, Tennessee (Acct. xx7544). Regions asserts that the Plan does not provide proper treatment to claim of creditor pursuant to 11 U.S.C. §§ 361, 1322, and 1325.

    Specifically, the debtor's petition and proposed plan both fails to list the real property in which Regions has a lien and fails to disclose Regions (as to this particular note) as a creditor in the home mortgage status. The Benjestown Road Property in which Regions has a secured lien is the debtor's principal place of residence. However, the Petition and Plan are void of any reference to this debt or property, and only lists property on North Watkins in the Plan and Petition.

    Regions requests a hearing on this Objection to Confirmation before this Honorable Court and for any other relief that this Court should deem necessary.

                                                            Respectfully Submitted:

                                                            PENTECOST & GLENN, PLLC

                By:    /s/ William B. Mauldin
                        *William B. Mauldin #22912
                        Attorney for Regions Bank
                        106 Stonebridge Blvd.
                        Jackson, Tennessee 38305
                        (731) 668-5995 – phone
                        (731) 668-7163 – facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this pleading by U.S. Mail and/or electronically upon:

| | | |
|---|---|---|
| In Ja Spencer | James A. Cohen | George W. Stevenson |
| 5571 Benjestown Road | 200 Jefferson Ave., Suite 925 | Chapter 13 Trustee |
| Memphis, TN 38127 | Memphis, TN 38103 | 5350 Poplar Ave., Suite 500 |
| | | Memphis, TN 38119-3697 |

on this the 5th day of February, 2015

PENTECOST & GLENN, PLLC

/s/ William B. Mauldin