UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

In Ja Spencer                                            CASE NO. 14-32201

DEBTOR.                                                  CHAPTER 13

MOTION TO SET ASIDE DISMISSAL & EXPEDITED HEARING DATE

COME NOW YOUR DEBTOR/MOVANT, as above styled, by and through her attorney, Cohen & Fila, and would respectfully show unto this Honorable Court as follows:

1. That in 2014 the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Court before this Honorable Court.
2. That the Debtor case was dismissed for failure to pay.
3. That the Debtor is now able to fund the plan and made a full payment on April 5, 2015.

WHEREFORE PREMISES CONSIDERED, Debtor respectfully requests this Honorable Court to move as follows:
1. To set aside the dismissal of this case.
2. To set this with an expedited hearing date.
3. For any other relief to which the Debtor may be entitled under the premises.

Respectfully Submitted,

By:   /s/ James A. Cohen
Cohen & Fila
Attorneys For Debtor
200 Jefferson Avenue
Suite 925
Memphis, TN 38103
(901)527-9028

I certify a copy of this motion has been sent to the following parties via U.S. Mail on April 2, 2015:
   Cohen & Fila
   Chapter 13 Trustee
   Debtor
   All Creditors on Matrix

   /s/ James A. Cohen