UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RE:

  In Ja Spencer                                        CASE NO. 14-32201-K

    Debtor.                                             CHAPTER 13

OBJECTION TO CLAIM

COMES NOW THE DEBTOR/MOVANT, as above styled, by and through her attorney, Cohen & Fila, and would respectfully show unto this Honorable Court as follows:
1. That in 2014 the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code before this Honorable Court.
2. That a claim was filed by Regions Bank in the amount of $23195.23 (claim 1).
3. That the Debtor states this account is being paid outside the plan and is current.

    WHEREFORE PREMISES CONSIDERED, Debtor/Movant respectfully asks this Honorable Court to move as follows:
1. That the claim filed by Regions Bank (claim 1) be deleted.
2. For any other relief the Debtor is entitled to under the premises.

 Respectfully Submitted,

By:  /s/ James A Cohen
Cohen & Fila
200 Jefferson Avenue
Suite 925
Memphis, TN 38103
(901)527-9028

   I certify that a copy of the foregoing motion was sent to the following parties via U.S. Mail on May 19, 2015:

    Chapter 13 Trustee
    Debtor
    Cohen & Fila
    Michelle Gregory, Regions Bank, POB 11407, Birmingham, AL 35202
    William Mauldin, 106 Stonebridge Blvd, Jackson, TN 38305
 /s/ James A. Cohen