**Dated: June 26, 2015**
**The following is SO ORDERED:**



David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                                 Chapter 13
IN JA SPENCER
Debtor(s)                                                              Case No. 14-32201-K

ADMINISTRATIVE ORDER
ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| REGIONS BANK<br>PO BOX 11407<br>DRAWER 550<br>BIRMINGHAM, AL  35246 |  | MORTGAGE ARREARAGE |
| REGIONS BANK<br>PO BOX 11407<br>DRAWER 550<br>BIRMINGHAM, AL  35246 | $23,195.23 | UNSECURED (GENERAL)<br><br>[Add] |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

PAGE  2   -   CHAPTER 13 CASE NO.  14-32201-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: George W. Stevenson
MP
    IN JA SPENCER
    5571 BENJESTOWN ROAD
    MEMPHIS, TN  38127

    COHEN AND FILA, ATTYS
    200 JEFFERSON
    SUITE 925
    MEMPHIS, TN  38103