

**Dated: August 15, 2015**
**The following is SO ORDERED:**

_____
David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                     UNITED STATES BANKRUPTCY COURT
                      WESTERN DISTRICT OF TENNESSEE
```

In re:                                              Chapter 13
IN JA SPENCER
Debtor(s)                                           Case No. 14-32201-K

ADMINISTRATIVE ORDER ALLOWING
ADDITIONAL CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown that the following claim was filed against the estate of the debtor and that such claim was not included in previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| REGIONS BANK<br>C/O HENRY C SHELTON III<br>ADAMS AND REESE LLP<br>6075 POPLAR AVE SUITE 700<br>MEMPHIS, TN  38119 | $288,182.13 | MORTGAGE ARREARAGE |

1

Your Trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed and payable pursuant to the provisions of the debtor's confirmed plan and other orders of this Court.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

       IT IS THEREFORE ORDERED that the above claim be allowed as has been recommended by the Trustee and payable as provided by the debtor's plan and other orders of this Court.

       2) That a copy of this Motion and Order be mailed to the debtor(s) and debtor's attorney of record and that the debtor be given 30 days in which to file a written application for modification of this order and, in the absence of such application, this order shall become final.

                                                                        /S/George W. Stevenson
                                                                          CHAPTER 13 TRUSTEE

CC:    George W. Stevenson

       IN JA SPENCER
       5571 BENJESTOWN ROAD
       MEMPHIS, TN  38127

       COHEN AND FILA, ATTYS
       200 JEFFERSON
       SUITE 925
       MEMPHIS, TN  38103

       REGIONS BANK
       C/O HENRY C SHELTON III
       ADAMS AND REESE LLP