**Dated: August 27, 2015**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                          IT507
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF TENNESSEE

In re:                                           Chapter 13
IN JA SPENCER
Debtor(s)                                        Case No. 14-32201-K
SSN(1) XXX-XX-4852
```

_____

ORDER DIRECTING DEBTOR TO CHANGE
PAYMENTS TO TRUSTEE

_____

In this matter, it appearing to the Court that the debtor's plan payments should be changed.

IT IS THEREFORE ORDERED That the debtor's plan payments be changed to $6,428.00 MONTHLY    and forward same to the Chapter 13 Trustee, George W. Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, Tennessee  38119-3697.

/S/ George W. Stevenson
Chapter 13 Trustee

CC:   George W. Stevenson

      IN JA SPENCER
      5571 BENJESTOWN ROAD
      MEMPHIS,  TN 38127

      COHEN AND FILA, ATTYS