**Dated: August 27, 2015**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 14-32201 |
| IN JA SPENCER | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

_____

**AGREED ORDER MODIFYING PLAN**
_____

This matter came on to be heard upon the joint oral motion of the Debtor and Regions Bank ("Region"), pursuant to the Order confirming the Debtor's Plan (D.E. # ) and the Order Reinstating Case (D.E. # ) and the entire record in this case, based upon all of which

IT APPEARING TO THE COURT that the Debtor and Regions have agreed as to the treatment of Regions' claim and desire to modify the Plan to ratify such agreement and

IT FURTHER APPEARING TO THE COURT that the proposed modification is in the best interest of the Estate and its creditors:

IT IS THEREFORE ORDERED, that the Debtor's Plan should be, and is hereby, modified as follows:

1. Regions has filed and shall have an allowed claim in the amount of $288,182.13, evidenced by certain Promissory Notes and secured by its existing liens on Debtor's real property located at 3631 N. Watkins, Memphis, Tennessee, and of record in the Shelby County Register's Office as Instrument Number 02093619, and on Debtor's personal property of record in the Shelby County Register's Office as Instrument Number 02093620 (such real property and personal property being referred to herein as the "Collateral", and the Promissory Notes and liens being referred to as the "Loan Documents").

2. Debtor shall pay Regions' secured claim in full, with interest at the rate of 5% per year, in monthly installments amortized over the life of the plan in the amount of $5438.35, provided, however, that the chapter 13 Trustee may adjust such payment as occasionally necessary, while reserving the right of Regions to object thereto.

3. Debtor will pay property taxes when due.

4. Debtor shall continue to maintain adequate insurance coverage on the Collateral at all times and Regions shall be shown as lienholder/loss payee on the policy, as Debtor has done. Upon reasonable request being made, Debtor shall provide proof of such insurance to Regions. Debtor shall be relieved of the obligation to maintain insurance only upon Debtor satisfying in full its obligations to Regions.

5. Debtor shall maintain the Collateral in good condition and repair in accordance with all the requirements of the Loan Documents. Debtor shall submit the Collateral to Regions or its designee for periodic inspection upon reasonable request being made. Debtor will not allow any repair or other lien to attach to the Collateral.

6. That the Trustee is permitted to adjust the overall plan payments as necessary.

APPROVED AND AGREED:

COHEN AND FILA
Attorneys for Debtor

By: */s/James A. Cohen*
James A. Cohen
200 Jefferson Ave., Suite 925
Memphis, TN 38103
(901) 527-9028
(901) 527-9031 (fax)
jcohen@cohenandfila.com

/s/ George W. Stevenson
Chapter 13 Trustee

ADAMS AND REESE LLP
Attorneys for Regions Bank

/s/ *Henry C. Shelton, III*
Henry C. Shelton, III
Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
Main:  901.525.3234
Direct:  901.524.5271
E-mail:  hank.shelton@arlaw.com

DIRECTIONS FOR SERVICE

-4-

The Chapter 13 Trustee shall serve this Order on Debtor, Debtor's Counsel, counsel for Regions Bank, and upon all interested parties.